Lawgistic Partners, LLC 1000 Boone Ave N. Suite 100
Golden Valley, MN 55427
612.333.0393

UNITED STATES DISTRICT COURT EASTERN DISTRICT

STATE OF NEW YORK

CASE NO. 1:14-cv-01836-WFK-RER

---

**Samuel Rieder,**
    Plaintiff(s),
vs.

**Fingerhut and Equifax Information Services, LLC,**
    Defendant(s),

---

**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA    )
COUNTY OF HENNEPIN    ) ss.

I, **Johnson, Cory**, depose and say that:

On **03/25/2014** at **11:40 AM**, I served the within **Summons in a Civil Action; Complaint and Demand for Trial by Jury** on **Fingerhut** at **6509 Flying Cloud Drive, Eden Prairie, MN 55344** in the manner indicated below:

By delivering a true copy of this process to **LEAH LEWIS, AUTHORIZED REPRESENTATIVE** of the above named corporation/business entity and informing him/her of the contents.

Description: Sex: **FEMALE** Skin: **ASIAN** Hair: **BLACK** Age: **30-40** Height: **5FT 2IN**

Under penalty of perjury I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.

Subscribed and sworn to before me on
this 25 day of March, 2014.

_____
Notary Public

X_____
Johnson, Cory, Affiant
Job Number: 296607
Client File: Fredrick
Printed on 03/25/2014

CHRISTINA M WEYANDT
Notary Public
State of Minnesota
My Commission Expires
January 31, 2017




*296607*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fingerhut and Equifax Information Services, LLC
was received by me on *(date)* 3/21/2014.

☐ I personally served the summons on the individual at *(place)* _____
  _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there,
  on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Leah Lewis , who is
  designated by law to accept service of process on behalf of *(name of organization)* Fingerhut
  _____ on *(date)* 3/25/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/25/2014

*Server's signature*

Cory Johnson, Process Server
*Printed name and title*

1000 Boone Ave. North Suite 100, Golden Valley, MN 55427
*Server's address*

Additional information regarding attempted service, etc: