UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

SAMUEL REIDER,

                Plaintiff,

vs.

FINGERHUT and
EQUIFAX INFORMATION SERVICES LLC,

                Defendants.

--------------------------------------------------------------X

Case No. 1:14-cv-01836 (WFK)(RER)

**STIPULATION**

WHEREAS this action involves two Defendants;

WHEREAS Plaintiff served Defendant Bluestem Brands, Inc. ("Bluestem") (incorrectly named in the Complaint as "Fingerhut") with the Complaint on or about March 25, 2014;

WHEREAS Bluestem has until April 15, 2014 to respond to the Complaint;

WHEREAS counsel for Bluestem asked for a short extension of time to respond to the Complaint, and counsel for Plaintiff granted the request;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and PHH, by and through their undersigned counsel, as follows:

1. The time within which Bluestem must answer, move or otherwise respond to the Complaint is extended to April 30, 2014;

2. A facsimile signature shall be deemed an original.

3. This is the first request for an extension in this matter.

1

Dated:	New York, New York
	April 14, 2014

_____	_____
Jake Bedor, Esq.	Nathaniel I. Kolodny, Esq.
FREDRICK SCHULMAN & ASSOCIATES	BALLARD SPAHR STILLMAN &
30 East 29th Street	FRIEDMAN LLP
New York, New York 10016	425 Park Avenue
212-796-6053 Ext. 5005	New York 10022-3556
	(212) 223-0200

*Attorneys for Plaintiff Samuel Reider*	*Attorneys for Defendant Fingerhut*


So Ordered

_____