UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SAMUEL REIDER,

        Plaintiff,

vs.

FINGERHUT and
EQUIFAX INFORMATION SERVICES LLC,

        Defendants.

------------------------------------------------------------X

Case No. 1:14-cv-01836 (WFK)(RER)

STIPULATION

        WHEREAS this action involves two Defendants;

        WHEREAS Plaintiff served Defendant Bluestem Brands, Inc. ("Bluestem") (incorrectly named in the Complaint as "Fingerhut") with the Complaint on or about March 25, 2014;

        WHEREAS Bluestem has until April 15, 2014 to respond to the Complaint;

        WHEREAS counsel for Bluestem asked for a short extension of time to respond to the Complaint, and counsel for Plaintiff granted the request;

        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and PHH, by and through their undersigned counsel, as follows:

        1. The time within which Bluestem must answer, move or otherwise respond to the Complaint is extended to April 30, 2014;

        2. A facsimile signature shall be deemed an original.

        3. This is the first request for an extension in this matter.

1

Dated: New York, New York
April 14, 2014

_____  
Jake Bedor, Esq.  
FREDRICK SCHULMAN & ASSOCIATES  
30 East 29th Street  
New York, New York 10016  
212-796-6053 Ext. 5005  

*Attorneys for Plaintiff Samuel Reider*

_____  
Nathaniel I. Kolodny, Esq.  
BALLARD SPAHR STILLMAN &  
FRIEDMAN LLP  
425 Park Avenue  
New York 10022-3556  
(212) 223-0200  

*Attorneys for Defendant Fingerhut*

So Ordered

_____

The application is ___ granted ___ denied.  
SO ORDERED  
s/WFK  

William F. Kuntz, II, U.S.D.J.  
Dated: April 21, 2014  
Brooklyn, New York