# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10014
www.kslaw.com

Christina Conroy
Direct Dial: (212) 556-2123
Direct Fax: (212) 556-2222
cconroy@kslaw.com

April 23, 2014

**VIA ECF**

Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Samuel Rieder v. Equifax Information Services LLC, Civil Action No. 14-cv-01836-WFK-RER

Dear Judge Reyes:

Pursuant to Fed. R. Civ. P. 6(b) and your Individual Practice Rules, Defendant Equifax Information Services LLC ("Equifax"), by Counsel, requests a fourteen (14) day extension of time, up to and including Tuesday, May 6, 2014, to answer or otherwise respond to the Complaint. Plaintiff's Complaint was filed on March 21, 2014, and Equifax was served April 1, 2014. Plaintiff's counsel and Equifax's counsel are currently engaged in settlement negotiations and therefore request that the original response date of April 22, 2014 be extended to May 6, 2014. Plaintiff's counsel consents to this first request for an extension of time.

Respectfully submitted,

Christina M. Conroy