UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

SAMUEL REIDER,

              Plaintiff,

vs.

FINGERHUT and
EQUIFAX INFORMATION SERVICES LLC,

              Defendants.

-----------------------------------------------------------------X

Case No. 1:14-cv-01836 (WFK)(RER)

**STIPULATION**

WHEREAS this action involves two Defendants;

WHEREAS Plaintiff served Defendant Fingerhut ("Fingerhut") with the Complaint on or about March 25, 2014;

WHEREAS Fingerhut has until April 15, 2014 to respond to the Complaint;

WHEREAS counsel for Fingerhut asked for a short extension of time to respond to the Complaint, and counsel for Plaintiff granted the request;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Fingerhut, by and through their undersigned counsel, as follows:

1. The time within which Fingerhut must answer, move or otherwise respond to the Complaint is extended to April 30, 2014;

2. A facsimile signature shall be deemed an original.

3. This is the first request for an extension in this matter.

1

Dated:     New York, New York
           April 21, 2014

_____          _____
Jake Bedor, Esq.                         Nathaniel I. Kolodny, Esq.
FREDRICK SCHULMAN & ASSOCIATES           BALLARD SPAHR STILLMAN &
30 East 29th Street                      FRIEDMAN LLP
New York, New York 10016                 425 Park Avenue
212-796-6053 Ext. 5005                   New York 10022-3556
                                         (212) 223-0200

*Attorneys for Plaintiff Samuel Reider*  *Attorneys for Defendant Fingerhut*

So Ordered


_____