UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
SAMUEL REIDER, : Case No. 1:14-cv-01836-WFK-RER
:
        Plaintiff, : **RULE 7.1 STATEMENT**
:
  vs. :
:
FINGERHUT and EQUIFAX :
INFORMATION SERVICES, LLC, :
:
        Defendants. :
:
---------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Fingerhut, by and through its undersigned counsel, makes the following disclosure pursuant to Fed. R. Civ. P. 7.1(a):

      Fingerhut is a brand of Bluestem Brands, Inc. Bluestem Brands, Inc. has no parent corporation and no publicly held company or investment fund owns a ten percent or more ownership interest in it.

                                      Respectfully submitted,

                                      **BALLARD SPAHR**
                                      **STILLMAN & FRIEDMAN, LLP**

Dated: April 30, 2014                By:   /s/ Nathaniel I. Kolodny\_\_\_\_

                                      Nathaniel I. Kolodny
                                      425 Park Avenue
                                      New York, New York 10022
                                      Tel.: (212) 223-0200
                                      Fax: (212) 223-1942
                                      kolodnyn@bssfny.com