# KING & SPALDING

King & Spalding
1185 Ave Of The Americas
New York, NY 10036
www.kslaw.com

Christina M. Conroy
Direct Dial: (212) 556-2123
Fax: (212) 556-2222
cconroy@kslaw.com

May 2, 2014

**VIA ECF**

The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Rm. N208
Brooklyn, New York 11201

      Re:    **Samuel Reider v. Fingerhut, LLC,** *et al*
                 **Case No. 14-cv-01836-WFK-RER**

Dear Judge Reyes:

      I write regarding the above-referenced matter, which is scheduled for a Case Management and Scheduling Conference on May 7, 2014 at 10:00 a.m. Equifax Information Services LLC ("Equifax") requests a brief adjournment of the Initial Conference to May 21, 2014 or, in the alternative, that Equifax's lead counsel, Brian J. Olson, be permitted to attend telephonically.

      Mr. Olson requests that the Initial Conference be briefly adjourned so that Equifax may conclude its investigation and attempt to settle without further involvement by the Court. In the alternative, Mr. Olson requests that he be allowed to attend by telephone. Because Mr. Olson's office is located in Atlanta, Georgia, Equifax would be required to incur considerable travel costs if he were required to appear in person at the Initial Conference.

      Equifax inquired of Plaintiff's counsel and co-defendant Fingerhut's counsel whether they had any objection, and they have no objection. Mr. Olson informed me that his pro hac vice application will be filed at the beginning of next week.

Counsel have not previously requested any adjournments or extensions in this matter, and an adjournment will not affect any existing case management deadlines. Please do not hesitate to call me at (212) 556-2123 if you have questions.

                Respectfully submitted,


                */s/ Christina M. Conroy*
                Christina M. Conroy



cc: Nathaniel I. Kolodny
  Fredrick Schulman