UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SAMUEL RIEDER,

          Plaintiff,

v.

FINGERHUT and
EQUIFAX INFORMATION SERVICES LLC,

          Defendants.

Civil Action No. 1:14-cv-01836-WFK-RER

---

## **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

PLEASE TAKE NOTICE that upon the annexed affidavit of Brian J. Olson in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court before the Honorable William F. Kuntz II at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, an attorney with the firm King & Spalding LLP and a member in good standing of the State Bar of Georgia, as attorney pro hac vice to argue or try this case in whole or in part as counsel for defendant Equifax Information Services LLC. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: May 14, 2014.

/s/ *[signature]*
Brian Olson
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
bjolson@kslaw.com
*Counsel for Defendant Equifax*
*Information Services LLC*

# CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE with the Clerk of the Court using the ECF system, which will send notification of such filing to the following

Frederick Schulman
Fredrick Schulman & Associates
30 East 29th Street
New York, NY 10016
*Attorneys for Plaintiff*


This 14th day of May, 2014.

/s/ Brian J. Olson
Brian J. Olson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SAMUEL RIEDER,

        Plaintiff,

v.

FINGERHUT and
EQUIFAX INFORMATION SERVICES LLC,

        Defendants.

Civil Action No. 1:14-cv-01836-WFK-RER

---

## AFFIDAVIT OF BRIAN J. OLSON IN
## SUPPORT OF MOTION TO ADMIT PRO HAC VICE

State of Georgia    )
                             ) ss:
County of Fulton   )

Brian J. Olson, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the law firm of King & Spalding LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the State Bar of Georgia.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he is permitted to appear as counsel and advocate pro hac vice in this one case for defendant Equifax Information Services LLC.

                                                                     _____
                                                                     Brian J. Olson
                                                                     King & Spalding LLP

1180 Peachtree Street NE
Atlanta, GA 30309
Phone: (404) 572-4600
Fax: (404) 572-5100
bjolson@kslaw.com

Sworn to before me this
16th day of May, 2014.

*[signature]*
NOTARY PUBLIC
Commission Expires: 1/22/2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SAMUEL REIDER,

    Plaintiff,

v.

FINGERHUT and
EQUIFAX INFORMATION SERVICES LLC,

    Defendants.

Civil Action No. 1:14-cv-01836-WFK-RER

---

## **ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE**

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Brian J. Olson is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant Equifax, Inc.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

Dated: December _____, 2014.

                  _____
                  United States District/Magistrate Judge

cc: All counsel of record