# KING & SPALDING

King & Spalding
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
www.kslaw.com

Brian J. Olson
Direct Dial: (404) 215-5806
Fax: (404) 572-5100
bjolson@kslaw.com

May 16, 2014

**VIA ECF**

The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Rm. N208
Brooklyn, New York 11201

> Re: **Samuel Reider v. Fingerhut, LLC,** *et al*
> **Case No. 14-cv-01836-WFK-RER**

Dear Judge Reyes:

I am lead counsel for Equifax Information Services LLC ("Equifax") in the above-referenced matter, and am in the process of filing my *pro hac vice* in the Eastern District of New York for this matter. We respectfully request leave of Court to participate by telephone in the Initial Pretrial Conference [Doc. No. 10], currently scheduled for Wednesday, May 21, 2014, at 10:00 a.m.

Good cause exists to grant Equifax leave to appear by telephone as lead counsel will be required to travel from Atlanta, Georgia to New York and thus, Equifax will incur significant travel costs and attorneys' fees if lead counsel is required to participate in person at the Initial Pretrial Conference.

We have addressed this issue with all counsel of record and they have no objection. My pro hac vice petition is being filed concurrently with this request for telephonic attendance.

Please call me at (404) 215-5806 if you have questions. I am,

Respectfully yours,

Brian J. Olson

cc: Nathaniel I. Kolodny
    Fredrick Schulman