UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------X
Samuel Reider,

               Plaintiff,

                                     Case No: 14-CV-01836(WFK)(REF)

    v.

                                     **<u>NOTICE OF APPEARANCE</u>**

Fingerhut and Equifax Informatino
Services, LLC,

               Defendant.
-------------------------------------------X


To:  The Clerk of the Court and All Parties of Record:

       I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for the Plaintiff:  Samuel Reider.

Dated:  May 20th, 2014

                                     By: <u>*s/ Jake Bedor, Esq.*</u>
                                      Jake Bedor, Esq.
                                   Fredrick Schulman & Associates
                                   Attorneys at Law
                                   30 East 29TH Street
                                   New York, New York 10016
                                   (212) 796-6053 - phone
                                   (212) 951-7379 - fax
                                   info@fschulmanlaw.com