**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
**Samuel Reider,**
   Plaintiff,

-against-

**Fingerhut, et al**
   Defendant.
----------------------------------------------------------X

**CASE MANAGEMENT PLAN**
14-CV-01836 (WFK)(RER)

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by _____.

2. No additional parties may be joined after __6/15/14__.

3. No amendment of the pleadings will be permitted after __6/15/14__.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __5/23/14__.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
 (a) expert witnesses on or before __7/15/14__.
 (b) rebuttal expert witnesses on or before __8/15/14__.

6. All discovery, including depositions of experts, shall be completed on or before __11/7/14__ (Generally, this date must be no later than 6 months after the initial conference).

**NO EXTENSIONS !!**

7. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of all discovery.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? **(Answer no if any party declines to consent without indicating which party has declined.)**
Yes____   No _X_

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9. A Telephone Conference set for 7\10\14 @ 2:30pm, to be initiated by Plaintiff or Defendant (Circle one).
   * (The Court will schedule the conference listed above.)

10. Status Conference will be held on 9\9\14 @ 10:30am
    * (The Court will schedule the conference listed above)

11. A Final Pre-trial conference will be held on 11\13\14 @ 10:00am
    *(The Court will schedule the conference listed above.)

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**
5\21\14

RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

NAME Jake Bedor
Attorney for Plaintiff
ADDRESS
E-mail:
Tel.:
Fax:

NAME Ballard  Nathaniel Kolvy
Attorney for Defendant
ADDRESS 425 Park Ave
E-mail: Nkolodny @ sssfirm.com
Tel.: 212-223-1260
Fax: 212-223-1942