July 9th, 2014

VIA ECF
The Honorable William Kuntz
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>Samuel Reider v. Fingerhut et al</u>
      <u>Case No. 1:14-cv-01836-WFK-RER</u>

Dear Judge Kuntz:

  I write to inform you that I, Jake William Bedor, will no longer be handling this matter for our office. I request that my appearance as counsel for Plaintiff be withdrawn. Fredrick Schulman from our firm will continue to handle the case.

  Thank you for your attention to this matter.

                Respectfully submitted,

                <u>/s/ Jake William Bedor</u>
                Jake William Bedor
                Fredrick Schulman & Associates
                Attorneys at Law
                30 East 29th Street
                New York, NY 10016
                (212) 796-6053 – Tel
                (212) 951-7379 – Fax
                info@fschulmanlaw.com