# FREDRICK SCHULMAN & ASSOCIATES
## ATTORNEYS AT LAW

July 25, 2014

*via* ECF
Honorable Ramon E. Reyes, Jr.
Eastern District of New York
United States District Court
225 Cadman Plaza East, Room N208
Brooklyn, NY 11201

RE: **Samuel Reider v Fingerhut, Equifax Information Services, LLC**
    **Case No.: 1:14-cv-01836**

Dear Judge Reyes,

My office represents Plaintiff Samuel Reider ("Plaintiff") in the above-referenced matter.

On July 25, 2014, Defendant Fingerhut ("Fingerhut") filed a motion with this Court to dismiss two of Plaintiff's claims against Fingerhut [Dkt. No. 22]. However, your Honor never granted Fingerhut permission to file or make this motion.

Pursuant to Your Honor's Individual Practice Rules, a pre-motion conference with the court is required, prior to making any motion. Fingerhut has not submitted a request for a pre-motion conference and no pre-motion conference has been held.

Due to the foregoing, Plaintiff respectfully requests that Fingerhut's Motion to dismiss be struck from the record and docket in this case.

Respectfully submitted:

*s/ Fredrick Schulman*

Fredrick Schulman, Esq.
Fredrick Schulman & Associates
30 East 29th Street, Suite 204
New York, NY 10016
(212)769-1100
info@fschulmanlaw.com