UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SAMUEL RIEDER,

        **Plaintiff,**                              **Case No,** 1:14-cv-01836-WFK-RER

        -against-

**FINGERHUT and EQUIFAX INFORMATION
SERVICES, LLC,**

        **Defendants.**
-------------------------------------------------------------------x

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff Samuel Rieder hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. Plaintiff shall file a Notice of Voluntary dismissal within sixty (60) days.

Dated: September 9, 2014

                                                              Respectfully submitted,

                                                              By: s/ *Fredrick Schulman*
                                                              Fredrick Schulman, Esq.
                                                              Fredrick Schulman & Associates

Attorney for the Plaintiff
30 East 29th Street
New York, NY 10016
212-796-6053
Fax: 212-951-7379
Email: info@fschulmanlaw.com