UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
SAMUEL RIEDER,

                Plaintiff,

    vs.

FINGERHUT and EQUIFAX
INFORMATION SERVICES, LLC,

                Defendants.

----------------------------------------------------------------X

Case No. 1:14-cv-01836-WFK-RER

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Elaine K. Lou, an attorney duly admitted to practice in this Court, hereby appears as counsel on behalf of Fingerhut, a defendant in the above captioned action.

Dated: New York, New York
        November 10, 2014

                                            s/*Elaine K. Lou*
                                            Elaine K. Lou, Esq.
                                            BALLARD SPAHR STILLMAN &
                                            FRIEDMAN LLP
                                            425 Park Avenue
                                            New York, NY 10022-3556
                                            Telephone: 212.223.0200
                                            loue@bssfny.com

                                            *Attorneys for Defendant Fingerhut*

To:    Clerk of the Court (*Via ECF*)