UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
SAMUEL RIEDER,

                Plaintiff,

vs.

FINGERHUT and EQUIFAX
INFORMATION SERVICES, LLC,

                Defendants.
----------------------------------------------------------------X

Case No. 1:14-cv-01836-WFK-RER

**STIPULATION OF DISMISSAL**

        WHEREAS Plaintiff filed a Complaint on March 21, 2014;

        WHEREAS the Complaint includes four causes of action against Defendant Fingerhut, a brand of Bluestem Brands, Inc. ("Fingerhut") for alleged violations of the Fair Credit Reporting Act and the New York Fair Credit Reporting Act, as well as alleging common law defamation, and seeking statutory damages, punitive damages, injunctive and other relief;

        WHEREAS Plaintiff and Fingerhut, for good and valuable consideration, have agreed to settle Plaintiff's claims against Fingerhut ("Settlement Agreement");

        WHEREAS pursuant to the Settlement Agreement, Plaintiff agreed to dismiss his claims against Fingerhut with prejudice;

        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Fingerhut, by and through their undersigned counsel, as follows:

        1.    Plaintiff dismisses, with prejudice, all claims against Fingerhut in the above-captioned action, each party bearing its own fees, costs, and disbursements.

Dated:    New York, New York
          November 10, 2014

s/*Fredrick Schulman*                          s/*Elaine Lou*
Fredrick Schulman, Esq.                        Elaine K. Lou, Esq.
FREDERICK SCHULMAN & ASSOC.                    BALLARD SPAHR STILLMAN &
30 E 29th St                                   FRIEDMAN LLP
New York, NY 10016                             425 Park Avenue
Telephone: 212.796-6053                        New York  10022-3556
                                               Telephone:  212.223.0200

*Attorneys for Plaintiff Samuel Rieder*        *Attorneys for Defendant Fingerhut*