UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SAMUEL RIEDER,

              Plaintiff,

vs.

FINGERHUT and EQUIFAX
INFORMATION SERVICES, LLC,

              Defendants.

---------------------------------------------------------------X

Case No. 1:14-cv-01836-WFK-RER

**STIPULATION OF DISMISSAL**

WHEREAS Plaintiff filed a Complaint on March 21, 2014;

WHEREAS the Complaint includes four causes of action against Defendant Equifax Information Services LLC for alleged violations of the Fair Credit Reporting Act and the New York Fair Credit Reporting Act, as well as alleging common law defamation, and seeking statutory damages, punitive damages, injunctive and other relief;

WHEREAS Plaintiff and Equifax Information Services LLC, for good and valuable consideration, have agreed to settle Plaintiff's claims against Equifax Information Services LLC ("Settlement Agreement");

WHEREAS pursuant to the Settlement Agreement, Plaintiff agreed to dismiss his claims against Equifax Information Services LLC with prejudice;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Equifax Information Services, LLC, by and through their undersigned counsel, as follows:

    1.    Plaintiff dismisses, with prejudice, all claims against Equifax Information Services LLC relating to alleged violations by Equifax Information Services LLC of the Fair Credit Reporting Act, the New York Fair Credit Reporting Act, and any claims for actual,

statutory or punitive damages, as well as any claims for injunctive relief, each party to bear its own costs.

Dated: New York, New York
November 10, 2014

s/*Fredrick Schulman*
Fredrick Schulman, Esq.
FREDERICK SCHULMAN & ASSOC.
30 E 29th St
New York, NY 10016
Telephone: 212.796-6053

*Attorneys for Plaintiff Samuel Rieder*

s/*Brian Olson*
Brian Olson, Esq.
*admitted pro hac vice*
KING & SPALDING LLP
1180 Peachtree St.
Atlanta, GA 30309
Telephone: 404.215.5806

*Attorneys for Defendant Equifax Information Service LLC*

The application is ✓ granted. ~~denied~~
SO ORDERED
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: Nov. 10, 2014
Brooklyn, New York

2